# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| vs. | : CRIMINAL NO.: 22-cr-00097-KD-B-2 |
| **JORGE EDUARDO MARTINEZ-ARBELAEZ** | : |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, JORGE EDUARDO MARTINEZ-ARBELAEZ, by consent, has appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to **Count 1** of the Indictment charging a violation of 46:70506(b), Conspiracy to Distribute Cocaine on Board a Vessel.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowing and voluntary, and the offense(s) charged is supported by an independent basis in fact as to each of the essential elements of such offense. The undersigned therefore recommends that Defendant JORGE EDUARDO MARTINEZ-ARBELAEZ's plea of guilty be accepted, that he be adjudged guilty and that a sentence be imposed accordingly.

## NOTICE TO PARTIES

**A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.**

DONE this **5th** day of **October, 2022.**

　　　　　　　　　　　　　　　　　　/s/SONJA F. BIVINS
　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**