IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CRIMINAL ACTION 1:22-00097-KD-B |
| | ) |
| JORGE EDUARDO | ) |
| MARTINEZ-ARBELAEZ, | ) |
| Defendant. | ) |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 74) and without any objection having been filed by the parties, Defendant Jorge Eduardo Martinez-Arbelaez's plea of guilty to **COUNT ONE** of the Indictment (charging a violation of 46:70506(b), Conspiracy to Distribute Cocaine on Board a Vessel) is now accepted, and the Defendant is adjudged guilty of such offense.

The sentencing hearing is scheduled for **January 13, 2023** at **2:00 p.m.,** in Courtroom 4B of the United States Courthouse, 155 Saint Joseph St., Mobile, Alabama, 36602.

**DONE** and **ORDERED** this the **27th** day of **October 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**